# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
Net Proceeds due to the Seller(s) of the Real ) Case No. 3:18 mj 813
Property located at 9397 Ridings Boulevard, )
Centerville, Ohio 45458 )
 )

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Southern_____ District of _____Ohio_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

The Net Proceeds due to the Seller(s) of the Real Property located at 9397 Ridings Boulevard, Centerville, Ohio 45458. I find probable cause to seize the property pursuant to both civil forfeiture and criminal forfeiture pursuant to 18 U.S.C. 981(a)(1)(A) and (C) and 28 U.S.C. 2461(c) and 18 U.S.C. 2428. I further find that a restraining order may not be sufficient to assure the availability of the property for forfeiture.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____01/03/2019_____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to _____Michael J. Newman_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days (not to exceed 30) ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 12/19/18 9:35 AM     _____/s/ Michael J. Newman_____
                                                                        *Judge's signature*

City and state: Dayton, Ohio     Michael J. Newman, United States Magistrate Judge
                                                          *Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

| **Return** |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of: |||
| Inventory of the property taken: |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*