AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

## Return

| Case No.: 3:18mj813 | Date and time warrant executed: 12/28/2018 1:07 PM | Copy of warrant and inventory left with: Fidelity Lawyers Title Agency JAMES E. HEDRICK |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken:

Funds were transferred into the Asset Forfeiture Fund in the amount of: $640,352.75 on 12/28/2018
FED Ref #: 122BB1QGC04C006877

FILED
RICHARD W. NAGEL
CLERK OF COURT
2018 DEC 28 PM 2:24
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST. DIV. AT DAYTON

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/28/2018

_____
Executing officer's signature

Kenny S Howard    Special Agent
Printed name and title